UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THEODORE J. THOMPSON,

    Plaintiff,

v.                                Case No. 3:17cv132-LC-HTC

SHERIFF MICHAEL ADKINSON,
Officially; DR. SHEPPARD, M.D.,
Officially; and NURSE TILLER,
Individually and Officially,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 9, 2019 (ECF Doc. 49). The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's Report and Recommendation is adopted and

Case No. 3:17cv132-LC-HTC

incorporated by reference in this Order.

2. Defendant Michael Adkinson's Motion to Dismiss (ECF Doc. 36) is GRANTED in part and DENIED in part.

3. Plaintiff's state law claims against Defendant Adkinson for intentional and negligent infliction of emotional distress and professional negligence are dismissed WITHOUT PREJUDICE for failure to state a claim upon which relief can be granted.

4. Plaintiff may proceed with his § 1983 claim against Defendant Adkinson.

5. Defendant Adkinson shall respond to the second amended complaint within 20 days of the date of this order.

DONE AND ORDERED this 13th day of May, 2019.

*s/L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE