UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


THEODORE J THOMPSON,

    Plaintiff,

v.                                                Case No. 3:17cv132-LC-HTC

MICHAEL A ADKINSON,
NURSE TILLER,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 15, 2020 (ECF No. 103). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Plaintiff filed an objection at ECF Doc. 104. I have made a _de novo_ determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF Doc. 103) is adopted and incorporated by reference in this order.

2. Sheriff Adkinson's motion for summary judgment, ECF Doc. 80, is GRANTED, and his motion to dismiss, ECF Doc. 71, is DENIED AS MOOT.

3. The case against Nurse Tiller is DISMISSED.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 6th day of February, 2020.

        *s/L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**